ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AKSHAY ASHOK KERUR,<br><br>                Plaintiff,<br><br>     v.<br><br>ALEJANDRO N. MAYORKAS, Secretary,<br>U.S. Department of Homeland Security, *et al.*,<br><br>                Defendants. | C 5:23-cv-01305 VKD<br><br>**JOINT STATUS REPORT AND STIPULATION TO PROPOSED SCHEDULE FOR PLAINTIFF'S AMENDED COMPLAINT;** ~~[PROPOSED]~~ **ORDER** |

     The parties, through their undersigned attorneys, submit this joint status regarding U.S. Citizenship and Immigration Services' ("USCIS") adjudication of Plaintiff's Form I-485, Application to Register Permanent Residence or Adjust Status. On July 24, 2023, USCIS denied Plaintiff's I-485 application.

     On August 22, 2023, Plaintiff' counsel informed Defendants' counsel that they intend to file an amended complaint. Accordingly, the parties have conferred and hereby stipulate and respectfully request the Court to place this case back on the Court's active docket and grant the parties' proposed schedule for the filing of Plaintiff's amended complaint. Subject to the Court's approval, the parties have agreed to the following schedule:

Joint Status Report
C 5:23-cv-01305 VKD                           1

1. By September 15, 2023, Plaintiff will file an amended complaint.
2. By October 16, 2023, Defendants will file their response to the amended complaint.

The parties respectfully request that the Court adopt the above-proposed schedule for Plaintiff's amended complaint and Defendants' response.

Dated: August 24, 2023

Respectfully submitted,[1]

ISMAIL J. RAMSEY
United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: August 24, 2023

 /s/ Nguyen D. Luu
NGUYEN D. LUU
Attorneys for Plaintiff

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 25, 2023

VIRGINIA K. DEMARCHI
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(h)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.